UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
  :
UNITED STATES OF AMERICA  :   **UNSEALING ORDER**
  :
         - v. -  :   22 Cr. 644
  :
UNITED STATES OF AMERICA  :
  :
         - v. -  :
  :
KEITH VEREEN, and  :
STEVEN PEREZ,  :
     a/k/a "Lucha,"  :
  :
                    Defendants.  :
- - - - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ashley C. Nicolas;

    It is found that Indictment 22 Cr. 644 (the "Indictment") is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       December 6, 2022

                                        HONORABLE VALERIE FIGUEREDO
                                        UNITED STATES MAGISTRATE JUDGE