UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Steven Perez, a/k/a "Lucha,"<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>22 Cr. 644 (JSR) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of the Government in the above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Madison Reddick Smyser
Assistant United States Attorney
(212) 637-2381