

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2023

**By Email**
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Steven Perez, a/k/a "Lucha El,"* 22 Cr. 644

Dear Judge Rakoff:

  The Government respectfully submits this letter at the direction of the Court to request a modification to the defendant's personal recognizance bond. For the reasons stated on the record during a February 15, 2023 bail hearing, the defendant should be removed from home detention and placed on a curfew enforced by location monitoring equipment. The hours of restriction are to be directed by pretrial services.

  Thank you for the consideration.

SO ORDERED
/s/ Jed Rakoff
USDJ
2-16-23

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

           By: *Ashley C. Nicolas*
                Ashley Nicolas and Madison Smyser
                Assistant United States Attorneys
                (212) 637-2467 / -2381

cc: Zawadi Baharanyi, Esq.
   Pretrial Services (by email)