UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

STEVEN PEREZ,
    a/k/a "Lucha El,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF CASE

NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC NOTIFICATION

22 Cr. 644 (JSR)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                                          By: /s/ *Lucas Issacharoff*
                                               Lucas Issacharoff
                                               Assistant United States Attorney
                                               (212) 637-2737