AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    22-CR-00644 (JSR) |
| Steven Perez | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Perez (Lucha El Por Libertad)                                                                                    .

Date:      03/06/2023

/s/Amanda J. Mayo
*Attorney's signature*

Amanda J. Mayo (5624770)
*Printed name and bar number*

Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007

*Address*

amanda_mayo@fd.org
*E-mail address*

(212) 417-8715
*Telephone number*

(212) 571-0392
*FAX number*