UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LUCHA EL LIBERTAD (a/k/a STEVEN PEREZ)<br><br>    Defendant. | 22-cr-644 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Today (3/15/23), the Court held a pre-trial conference on defendant Lucha El Libertad (a/k/a Steven Perez)'s motion to dismiss the indictment against him and to suppress evidence. On consent of the parties, the Court set a trial date of 5/22/23 pending resolution of defendant's motions. Because the Court finds the time between now and 5/22/23 is necessary to allow rulings on defendant's motions and to allow counsel to adequately prepare for trial and for other reasons reflected in the transcript of today's hearings, the Court finds that the ends of justice in delaying trial through 5/22/23 substantially outweigh the best interests of the public and the defendant in a speedy trial. As such, the Court excludes all time between now and 5/22/23 under 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.

    SO ORDERED.

New York, NY  
March 15, 2023

                                                               JED S. RAKOFF, U.S.D.J.