8/31/23      930      Jury Note 1

US v Perez   22 cr 644-02 (JSR)

Your Honor,

Is it important what state the defendant received the gun in? If he received the gun in a different state other than New York, did he still break the law? (With regard to charge #2, the canie).

Thank You