8/31/23   9:30
① US v PEREZ 22cr644-02 (JSR) Jury Note 2

Was any search made in the house of the accused?

② If yes was any firearms found that was purchased by the straw purchaser?