Jury Note 3   8/31/23   3:30

USv Perez 22/Cr644-02 JSR

Your Honor,

I find the definition of willfullness as operating with bad intent to be too vague to reason about. What is "bad"? And by whose judgement must it be "bad"? Certainly many crimes are commited by people who do not think they are doing something bad, and yet they are doing something bad by someone else's judgement. Can you help make this more clear?

Thank You