Jury Note 4        8/31/23  US v Perez  22cr644    9:30 (JSR)
Can we hear the 911 call?