US v Perez  22cr644-02 (JSR)    Jury Notes

What is the law on searching
someone's belongings?

Does he have to provide permission?