UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>STEVEN PEREZ (A/K/A "LUCHA EL POR LIBERTAD"),<br><br>Defendant. | 22-cr-644 (JSR)<br><br>**VERDICT** |

1. On Count One, the charge of conspiracy to transport or receive firearms from outside states of residency, we the jury find defendant Steven Perez, also known as Lucha El Por Libertad:

    Guilty ✓          Not Guilty ____

2. On Count Two, the charge of interstate transport or receipt of a specific out-of-state firearm, we the jury find defendant Steven Perez, also known as Lucha El Por Libertad:

    Guilty ✓          Not Guilty ____

_____
FOREPERSON

Date: 8/31/23