```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :
                                    :      ___ CR _____ (    )
                                    :
        -against-                   :      ORDER
                                    :
                                    :
                                    :
        Defendant                   :
------------------------------------x
```

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

                                        */s/ Jed S. Rakoff, U.S.D.J.*
                                        **United States District Judge**

Dated:  New York, New York