Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York



Caption:
United States of America, v

Steven Perez a/k/a/ Lucha

Docket No. 22 CR 644 (JSR)
Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that the defendant, Steven Perez appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ order of detention pending sentence
entered in this action on August 31, 2023
(date)
(specify)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial |✓| N/A |

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |✓| Not committed | N/A |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel. | Barry D. Leiwant, Esq. |
| Counsel's Address | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor |
| Counsel's Phone. | (212) 417-8763 |
| Assistant U.S. Attorney: | Ashley C. Nicolas, Esq. |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-2200 |

Signature